NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE DOCTORS MAKING HOUSECALLS, LLC

---

### 2013-1553

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board, in Serial No. 85324528.

---

## JUDGMENT

---

ERIC P. STEVENS, Poyner Spruill, LLP, of Raleigh, North Carolina, argued for appellant. With him on the brief was JOHN W. O'HALE.

BENJAMIN T. HICKMAN, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and CHRISTINA J. HIEBER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 10, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |